UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| JULIO CESAR NAVAS,<br><br>    Plaintiff,<br><br>vs.<br><br>JUDGE JEROME POLAHA, *et al.*,<br>    Defendants. | Case No.: 3:18-CV-00020-RCJ-CBC<br><br>ORDER |

  Before the Court is the Report and Recommendation of United States Magistrate Judge Carla B. Carry (ECF No. 9[1]) entered on February 5, 2019, recommending that the Court dismiss Plaintiff's complaint. No objection to the Report and Recommendation has been filled.

  This action was referred to Judge Cobb under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

  The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (ECF No. 9) entered on February 5, 2019, should be adopted and accepted.

---

[1] Refers to Court's docket number.

1

IT IS ORDERED that the Magistrate Judge's Report and Recommendation (ECF No. 9) entered on February 5, 2019, is ADOPTED and ACCEPTED.

IT IS FURTHER ORDERED that this action is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the Clerk of the Court shall close the case.

IT IS SO ORDERED.

Dated this 18th day of March, 2019.

_____
ROBERT C. JONES
Senior District Judge